IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HELEN BRUSHART,

        Plaintiff,

                                              Civil Action 2:16-cv-520
   v.                                     Judge Algenon L. Marbley
                                              Magistrate Judge Jolson

BRIAN ADAMS, et al.,

        Defendants.

## ORDER AND REPORT AND RECOMMENDATION

This matter is before the Court on an Unopposed Motion for Leave to File a Fourth Amended Counterclaim filed by Defendant Brian Adams. (Doc. 36). The proposed "Fourth Amended Counterclaim does not add claims or parties, but, rather, makes clear that Defendant A-Team is no longer a party to the Counterclaims by virtue of the assignment of A-Team's claims to Adams. The Fourth Amended Counterclaim also attaches the assignment that is referenced at paragraph 7 of the Third Amended Counterclaim." (*Id*. at 2). For good cause shown, the Unopposed Motion is GRANTED. (Doc. 36). Consequently, the Clerk is DIRECTED to file Exhibit A to Doc. 36 as the Fourth Amended Counterclaim. Based upon the foregoing, the Court RECOMMENDS that the Motion to Dismiss the Amended Counterclaim be DENIED as MOOT. (Doc. 34).

        IT IS SO ORDERED.

Date: November 17, 2016                            /s/ Kimberly A. Jolson
                                                              KIMBERLY A. JOLSON
                                                               UNITED STATES MAGISTRATE JUDGE