IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HELEN BRUSHART, | : |
| | : |
| | : Case No. 2:16-cv-00520 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Jolson |
| BRIAN ADAMS, et al., | : |
| | : |
| Defendants. | : |

## ORDER

On November 17, 2016, the Magistrate Judge recommended that Plaintiff's Motion to Dismiss the Third Amended Counterclaim of Brian Adams and A-Team Consultants, Ltd., ("A-Team") (Doc 34), be denied as moot, for the following reason: A-Team assigned its claims to Defendant Brian Adams ("Adams"), and Adams, with leave from the Magistrate Judge, filed a Fourth Amended Counterclaim. (Doc. 39.) Plaintiff did not object to the Report and Recommendation.

The Report and Recommendation (Doc. 38) is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's Motion to Dismiss the Third Amended Counterclaim is **DENIED as MOOT**.

IT IS SO ORDERED.

                                                   s/ Algenon L. Marbley
                                                   ALGENON L. MARBLEY
                                                   UNITED STATES DISTRICT JUDGE

DATED: December 8, 2016