# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **HELEN BRUSHART,** | : | |
| | : | |
| | : | **Case No. 2:16-cv-00520** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | **Magistrate Judge Jolson** |
| **BRIAN ADAMS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On March 27, 2017, the Magistrate Judge recommended that the Court: (a) set aside the entry of default against Walter Kevin Scott, who filed an answer to the complaint four days after the Court's deadline; and (b) deny as moot the related motion for default judgment. (Doc. 69.) Plaintiff did not object to the Report & Recommendation.

The Report and Recommendation (Doc. 69) is hereby **ADOPTED** and **AFFIRMED.** The entry of default against Mr. Scott (Doc. 60) is hereby **SET ASIDE**, and the related Motion for Default Judgment (Doc. 61) is hereby **DENIED as MOOT.**

      **IT IS SO ORDERED.**

                           **s/ Algenon L. Marbley**
                           **ALGENON L. MARBLEY**
                           **UNITED STATES DISTRICT JUDGE**

**DATED: July 12, 2017**